IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA A. CALLAHAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  10-2179 |
| | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 7th day of November, 2011, upon consideration of plaintiff's Complaint requesting review of an adverse decision of the Commissioner dated August 13, 2008 (Document No. 1, filed May 12, 2010), Plaintiff's Brief and Statement of Issues in Support of Her Request for Review (Document No. 7, filed September 16, 2010), Defendant's Response to Request for Review of Plaintiff (Document No. 9, filed October 21, 2010), and Plaintiff's Reply to Defendant's Response to Request for Review of Plaintiff (Document No. 10, filed October 29, 2010); and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Document No. 13, filed September 26, 2011), Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge (Document No. 14, filed October 7, 2011), and Plaintiff's Response to Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge (Document No. 15, filed October 11, 2011), for the reasons set forth in the Memorandum dated November 7, 2011, **IT IS ORDERED** as follows:

    1.  The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey

is **APPROVED AND ADOPTED** as modified by the Memorandum dated November 7, 2011;

2. Plaintiff's Request for Review of the adverse decision of the Commissioner of Social Security dated August 13, 2008, is **GRANTED**;

3.  Defendant's Objections to the Report and Recommendation of the United States Magistrate Judge are **OVERRULED**; and

4.  The case is **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated September 26, 2011.

                                            **BY THE COURT:**

                                          /s/ Hon. Jan E. DuBois
                                           **JAN E. DUBOIS, J.**